IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**RONALD E. MANIS,**

**Defendant.**                                  No. 10-40017-PMF

## MITTIMUS ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion for stay of mittimus (Doc. 78). Specifically, defendant moves the Court for a stay of mittimus of his jail sentence while his case is pending appeal. On May 15, 2012, Magistrate Judge Frazier sentenced defendant to three months imprisonment for violating the conditions of his probation (Doc. 75). On May 29, 2012, defendant filed a notice of appeal (Doc. 83). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **STAYS** Magistrate Judge Frazier's May 15, 2012 Judgment (Doc. 75) pending further action by the Court pending his appeal.

**IT IS SO ORDERED.**

Signed this 18th day of June, 2012.

Digitally signed by
David R. Herndon
Date: 2012.06.18
15:08:29 -05'00'

**Chief Judge**
**United States District Court**